UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SRIKANTH SREEDHAR,

      Plaintiff,

-against-

KPMG (CANADA); CANADA REVENUE AGENCY,

      Defendants.

25-CV-4066 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 30, 2025, Plaintiff filed a motion to withdraw this action. (ECF 9, 10.)[1] The Court grants Plaintiff's motion. The Court dismisses this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Any other pending motion or request in this action is also denied without prejudice, and the Clerk of Court is directed to terminate all pending motions and requests.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: June 3, 2025
    New York, New York

             /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
            Chief United States District Judge

---

[1] The motion appears to have been docketed twice.